```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 19009
   LAVERN JONES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9705

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/14/2004 and was confirmed 09/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  43.50% from remaining funds.

     The case was paid in full 12/16/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
FAIRBANKS CAPITAL CORP    CURRENT MORTG          .00            .00            .00
FAIRBANKS CAPITAL CORP    MORTGAGE ARRE     16380.48            .00       16380.48
CITIFINANCIAL             CURRENT MORTG          .00            .00            .00
FORD MOTOR CREDIT         SECURED NOT I          .00            .00            .00
ADT SECURITY SERVICES     UNSECURED        NOT FILED            .00            .00
RESURGENT ACQUISITION LL  UNSECURED          1236.10            .00         537.73
RESURGENT ACQUISITION LL  UNSECURED          1308.56            .00         569.24
CITIFINANCIAL             SECURED NOT I       716.20            .00            .00
CITIFINANCIAL             FILED LATE         3148.88            .00            .00
SELECT PORTFOLIO SERVICI  SECURED NOT I          .00            .00            .00
SELECT PORTFOLIO SERVICI  SECURED NOT I          .00            .00            .00
DANIEL M MOULTON          DEBTOR ATTY       1,400.00                       1,400.00
TOM VAUGHN                TRUSTEE                                          1,202.55
DEBTOR REFUND             REFUND                                             320.00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            20,410.00

PRIORITY                                         .00
SECURED                                    16,380.48
UNSECURED                                   1,106.97
ADMINISTRATIVE                              1,400.00
TRUSTEE COMPENSATION                        1,202.55
DEBTOR REFUND                                 320.00
                   ---------------        ---------------
TOTALS             20,410.00               20,410.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 19009 LAVERN JONES

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```